## Sudlow v. State of Indiana.

[No. 10,691.   Filed April 1, 1921.]

CRIMINAL LAW.—*Insufficiency of Evidence.—Discharge of Prisoner.—Statute.*—Where the evidence in a criminal case is wholly insufficient to sustain a judgment of conviction, defendant will be ordered discharged under §2225 Burns 1914, §1895 R. S. 1881.

From Marion Juvenile Court (15,235a) ; *Frank J. Lahr,* Judge.

Prosecution by the State of Indiana against Living-

ston Arthur Sudlow. From a judgment of conviction, the defendant appeals. *Reversed.*

*Russell Willson* and *Romney Willson,* for appellant. *Ele Stansbury,* Attorney-General, for the State.

DAUSMAN, P. J.—Appellant was convicted on a charge of having encouraged a female under the age of eighteen years "to be guilty of indecent and immoral conduct," in violation of the act concerning delinquency in children. Acts 1917 p. 342, §1648 Burns' Supp. 1918. The trial was by the court without a jury. We have examined the evidence and we find that it wholly fails to support the finding. *Robinson* v. *State* (1919), 188 Ind. 467, 124 N. E. 489. The judgment is reversed, and, in accordance with §2225 Burns 1914, §1895 R. S. 1881, the trial court is directed to discharge the defendant.